UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JENNIFER WALKER                               CIVIL ACTION NO. 19-cv-1065

VERSUS                                        JUDGE DOUGHTY

BROOKSHIRE GROCERY CO., ET AL                 MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Jennifer Walker ("Plaintiff") filed this civil action in state court, and the defendants removed it based on an assertion of diversity jurisdiction. Defendants filed a notice of removal and set forth certain facts in an effort to meet their burden of establishing complete diversity of citizenship. The facts alleged are adequate except that there is ambiguity regarding the form of entity of The Travelers Indemnity Company of Connecticut.

The notice of removal describes Travelers as a foreign insurance "company" organized under the laws of Connecticut with its principal place of business in Connecticut. That is adequate to allege Travelers' citizenship if it is a corporation, but neither the notice nor the later-filed corporate disclosure statement (Doc. 6) expressly alleges that Travelers is a corporation. Defendants will be allowed until **September 9, 2019** to file an amended notice of removal that includes a specific allegation regarding Travelers' form of legal entity. If it is not a corporation and is some form of unincorporated association, its citizenship will have to be alleged in accordance with the rules set forth in cases such as Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of August, 2019.

Mark L. Hornsby
U.S. Magistrate Judge