UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JENNIFER WALKER | CIVIL ACTION NO. 19-cv-1065 |
| VERSUS | JUDGE DOUGHTY |
| BROOKSHIRE GROCERY CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation [Doc. No. 17] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 12) is **DENIED**.

THUS DONE AND SIGNED at Monroe, Louisiana, on the 21st day of October, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE