UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JENNIFER WALKER                          DOCKET NO.: 5:19-CV-01065-TAD-MLH

VERSUS                                   JUDGE TERRY A. DOUGHTY

BROOKSHIRE GROCERY COMPANY               MAGISTRATE JUDGE MARK L.
AND THE TRAVELERS INDEMNITY              HORNSBY
COMPANY OF CONNECTICUT

## JOINT STIPULATION OF DISMISSAL

Plaintiff, JENNIFER WALKER, and defendants, BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be and is hereby voluntarily dismissed, with prejudice.

JOHN RICHARDS                            JAMES MIJALIS
MORRIS BART, LLC                         LUNN IRION LAW FIRM
601 POYDRAS STREET, 24TH FLOOR           330 MARSHALL STREET, SUITE 500
NEW ORLEANS, LA 70130-6036               SHREVEPORT, LA 71101
Ph:  504-526-1162                        Ph: 318-222-0665
Fax:  504-617-7657                       Fax: 318-220-3265
Email:  jrichards@morrisbart.com         Email: jam@lunnirion.com


BY:  ___S/ John Richards_____   BY: _____S/ James Mijalis_____
     JOHN RICHARDS  #35979                    JAMES MIJALIS  #17057
ATTORNEYS FOR PLAINTIFF                   ATTORNEYS FOR DEFENDANTS